## RAND, McNALLY & Co. v. E. P. DONNELL.

[Opinion filed August 3, 1887.]

APPEAL from the Superior Court of Cook County; the Hon. KIRK HAWES, Judge, presiding.

Mr. JAMES R. MANN, for appellant.

Messrs. G. W. & J. T. KRETZINGER, for appellee.

*Per Curiam.* *Indebitatus assumpsit*—Trial by court—Judgment for plaintiff—Evidence being conflicting, judgment affirmed.